UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DONALD SOVA,

                                         Plaintiff,

  -vs-                                                                   7:13-CV-0570

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                                         Defendant.

---

**Thomas J. McAvoy,**
**United States District Judge**

## DECISION and ORDER

This matter was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the August 29, 2014 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

The decision of the Commissioner is therefore AFFIRMED and the case is DISMISSED.

**IT IS SO ORDERED.**

Dated: September 23, 2014

*[signature]*
Thomas J. McAvoy
Senior, U.S. District Judge

1