# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Donald Sova**
    Plaintiff
vs.            CASE NUMBER: 7:13-CV-570 (TJM/TWD)

**Carolyn W. Colvin, Acting Commissioner of Social Security Administration**
    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Therese Wiley Dancks is ADOPTED in its entirety, the decision of the Commissioner of Social Security is therefore AFFIRMED and the case is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 23rd day of September, 2014.

DATED: September 30, 2014

_____
Clerk of Court

s/ Joanne Bleskoski
_____
Joanne Bleskoski
Deputy Clerk